**TRUE COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
OFFICE OF THE CLERK



United States Courts
Southern District of Texas
FILED

MAR 14 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| Shonda Renee Walton, Registered Owner<br>Of SHONDA RENEE STUBBLEFIELD Organization<br>*Intervener for Appellant*<br><br>SHONDA RENEE STUBBLEFIELD<br>Appellant<br><br>Philip G. Gallagher<br>*Appellant Defense Counsel/Surety*<br><br>v.<br><br>United States of America<br>*Appellee* | §§§§§§§§§§§§§§§ | 17CR0100<br><br><br><br><br><br><br><br>Date: March 13, 2018 |

## APPEAL

Now comes In Full Life, In Unrepresented Capacity, Sui Juris, and with reservation of all rights, Shonda Renee Walton, Registered Owner of SHONDA RENEE STUBBLEFIELD Organization, and hereby gives notice that she is appealing the conviction entered by the United States Southern District Trial Court on February 28, 2018 for failure of the United States/Court Administration to honor the terms of agreement, hereby "incorporated by reference" as filed in the written record, as the NOTICE OF CONDITIONAL ACCEPTANCE FOR SETOFF SETTLEMENT AND CLOSURE FOR EQUITY, dated January 17, 2018.

Whereas, Intervener for Appellant, Shonda Renee Walton, Registered Owner of SHONDA RENEE STUBBLEFIELD Organization does not accept nor volunteer for any obligation/penalty resulting from Case 17CR0100 in what appears to be fraudulent on its face as evidenced by the fact that a conditional acceptance of the charges without admission to guilt (i.e., nolo contendere) was returned prior to Trial proceedings; and

Whereas, there is no evidence of record of any injured party appearing to state a claim or testifying in the trial proceeding against Appellant; and

**TRUE COPY**

Wherefore, Shonda Renee Walton, Registered Owner of SHONDA RENEE STUBBLEFIELD Organization is entitled to relief in law and equity, she prays for equitable remedy and any other relief that the court deems proper.

### VERIFIED STATEMENT OF APPEAL

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March __13__, 2018

> Prepared by with reservation of all rights:
>
> By: *Edward White-El*
> Edward White-El, Attorney-in-fact for Shonda Renee Walton, Registered Owner of SHONDA RENEE STUBBLEFIELD
> c/o 3835 Plant Road, Talladega, Alabama 35160
> (773) 980-9838 / newworldprogress@gmail.com

**TRUE COPY**

## CERTIFICATE OF SERVICE

I certify a true and correct copy has been served upon the Clerk of Court and the United States Attorney on this 13th day of March, 2018 via _Federal Express_:

David J. Bradley, Chief Clerk of Court
United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Abe Martinez, Acting United State Attorney
c/o Julie Redlinger, Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, Texas 77002

Exhibits: Special Power of Attorney; NOTICE OF CONDITIONAL ACCEPTANCE FOR SETOFF SETTLEMENT AND CLOSURE FOR EQUITY;

## NOTARY

BEFORE ME, the undersigned Notary, _Faye N. White_, on this _13_ day of March 2018, via electronic signature, _Edward White-El_ _____appeared before me a credible person and of lawful age, who being by me first duly sworn on their oaths under penalty of perjury affirms the foregoing statements and certifications:

SUBSCRIBED AND AFFIRMED: On this _13_ day of March, 2018 AD.

_Faye Nix White_ _____ Seal/commission

[Notary Seal: FAYE NIX WHITE, MY COMMISSION EXP. SEPT. 11 2019, NOTARY PUBLIC AT LARGE, ALABAMA STATE]



# Special Power of Attorney

(Alabama Uniform Power of Attorney Act, Chapter 1A, Title 26, Code of Alabama 1975).
"This power of attorney is not affected by subsequent disability or incapacity of the principal."

State of Alabama )
) ss
Talladega County )

COMES NOW, Walton, Shonda Renee (hereinafter Affiant) before me a credible person and of lawful age, who being by me first duly sworn on his oath under penalty of perjury deposes and says:

Special Power of Attorney is given to <u>Edward White-El</u> for the purpose of INTERVENING in ALL of the LEGAL AND LAWFUL AFFAIRS OF <u>Walton, Shonda Renee, Registered Owner of SHONDA RENEE STUBBLEFIELD Organization,</u> including but not limited to DIRECTING APPOINTED PUBLIC COUNSEL, SUBMITTING NOTICES, MOTIONS, WARRANTS, AND ANY OTHER COMMUNICATION DESIRED TO THE JUDICIAL AND OFFICIAL ADMINISTRATIONS, PRINCIPALS, and AGENTS to resolve and settle all matters at hand.

Electronic signatures are acceptable under the terms of the Electronic Signatures Act, 15 U.S.C. SS 7001 et. seq. Response by electronic mail by each party constitutes valid signature.

I declare under oath and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and not misleading. Executed on 26 February 2018 AD.

/s/walton, shonda renee
Walton, Shonda Renee
c/o 5015 Louetta Road, Apt. 0624
Harris County, Texas republic Zip Exempt
Rural Route Delivery

SPECIAL POWER OF ATTORNEY GRANTED TO:

Accepted by:

Edward White-El
c/o 3835 Plant Road
Talladega, Alabama [35160]

/s/ Edward White-El
Grantee UCC 1-308

Special Power of Attorney
1

## NOTARY

BEFORE ME, the undersigned Notary, _Faye Nix White_ on this 28 day of February 2018, via electronic signature, Shonda Renee Walton (Grantor) and Edward White-El (Grantee) appears to me to be a credible person and of lawful age, who being by me first duly sworn on their oaths under penalty of perjury affirms the foregoing:

SUBSCRIBED AND AFFIRMED: On this 28 day of February, 2018 AD.

_Faye N. White_ _____ Seal/commission

[Notary seal: FAYE NIX WHITE, MY COMMISSION EXP. SEPT. 11 2019, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

 Gmail

NWSization . <newworldprogress@gmail.com>

## Executed POA

**Medical Healthcare Pros** <Medpros@gmx.com>  Mon, Feb 26, 2018 at 6:39 AM
To: Edwardo <newworldprogress@gmail.com>

📎 POA_EdwardWhiteEl_Feb2018.pdf
　86K

## AGENT'S CERTIFICATION AS TO THE VALIDITY OF POWER OF ATTORNEY AND AGENT'S AUTHORITY

State of Alabama
County of Talladega

I, Edward White-El certify under penalty of perjury that Shonda Renee Walton, Registered Owner of SHONDA RENEE STUBBLEFIED Organization granted me authority as an agent or successor agent in a power of attorney dated February 26, 2018.

I further certify that to my knowledge:

(1) the Principal is alive and has not revoked the Power of Attorney or my authority to act under the Power of Attorney and the Power of Attorney and my authority to act under the Power of Attorney have not terminated;

(2) if the Power of Attorney was drafted to become effective upon the happening of an event or contingency, the event or contingency has occurred;

(3) if I was named as a successor agent, the prior agent is no longer able or willing to serve; and

(4) _____

_____

### SIGNATURE AND ACKNOWLEDGMENT

/s/ *Edward White-El*    U.C.C 1-308
Edward White-El
c/o 3835 Plant Road
Talladega, Alabama [35160]
(773) 980-9838

### NOTARY

BEFORE ME, the undersigned Notary, *Faye Nix White* on this 28th day of February 2018, personally appeared Edward White-El known to me to be a credible person and of lawful age, who being by me first duly sworn on his oath under penalty of perjury affirms the foregoing:

SUBSCRIBED AND AFFIRMED: On this 28 day of February, 2018 AD.

*Faye M. White* _____ Seal/commission

Special Power of Attorney
3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

JAN 18 2018

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| Shonda Renee Walton, Registered Owner § | | |
| Of SHONDA RENEE STUBBLEFIELD Organization § | | |
| Alleged Defendant § | 17CR0100 | |
| § | | |
| v. § | | |
| § | Date: January 17, 2018 | |
| United States of America § | | |
| Plaintiff § | | |
| § | | |
| § | | |
| § | | |

## NOTICE OF CONDITIONAL ACCEPTANCE FOR SETOFF SETTLEMENT AND CLOSURE FOR EQUITY

Texas State Republic )
                        ) Jurat
Harris County         )

      Pursuant to 1869 Constitution of the State of Texas ARTICLE I. BILL OF RIGHTS. SECTION XVI. No citizen of this State shall be deprived of life, liberty, property, or privileges, outlawed, exiled, or in any manner disfranchised, except by due course of the law of the land; SECTION XVII. The military shall at all times be subordinate to the civil authority; & 1787 Constitution of the United States of America (as ratified without subsequent amendments) & 1789 Bill of Rights; Comes now by Notice of Special Restricted Appearance In Full Life, In Unrepresented Capacity, Sui Juris, and with reservation of all rights Shonda Renee Walton, Registered Owner of SHONDA RENEE STUBBLEFIELD Organization, who having attained the age of majority, credible, and declare under oath and under penalty of perjury under the laws of the United States of America that the foregoing and following is true and correct and not misleading.

      For all intents and purposes of accord and satisfaction, I Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIELD Organization (hereinafter alleged Defendant) hereby accepts all charges without any admission to guilt or rebuttal to the facts thereof for setoff settlement and closure of all debts, duties and obligations upon condition that the Plaintiff agrees to settle this matter privately for the avoidance of consuming public and private resources regarding the matter. Plaintiff must further agree to abate proceeding for 30 days to allow the Surety adequate time to process instrumentations required to effect setoff and settlement by providing Registered Owner a Sum Total Bill of Particulars. The Surety of the SHONDA RENEE STUBBLEFIELD Organization relies on the following averments for equitable relief and remedy for both parties and they are as follows:

**Averments**

2. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization does not waive any unalienable rights to private remedy.

3. There is no verifiable evidence to disprove that an injured party does not exists as a result of any action of the SHONDA RENEE STUBBLEFIED Organization.

4. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization reserves all unalienable rights to effect remedy in setting off, settling and closing this matter.

5. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization does not accept Appointed Counsel unless said Counsel agrees in writing to accept private compensation payment, accept Surety and won't argue facts of case and only works towards private setoff, settlement and closure of matter.

6. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization hereby invokes the Fifth Amendment that imposes restrictions on the government's prosecution of persons accused of crimes prohibiting self-incrimination and mandating due process of law.

7. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization hereby invokes Eighth Amendment protections against a patently unnecessary punishment in lieu of an offer to settle debt.

8. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization hereby invokes the Ninth Amendment of the Constitution which establishes that certain rights shall not be construed to deny or disparage other rights retained by the people.

9. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization relies on the equity maxim, "One who seeks equity must do equity".

10. There is no verifiable evidence to disprove that Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization relies on the equity maxim, "Equity abhors a forfeiture"

11. There is no verifiable evidence to disprove that the Lenity Doctrine should be applied in favor of the alleged Defendant in the absence of an injured party.

Shonda Renee Walton, Registered Owner of the SHONDA RENEE STUBBLEFIED Organization further states naught.

By: *Shonda renee walton*
Shonda Renee Walton, Registered Owner
Of SHONDA RENEE STUBBLEFIELD

_Shanika Ellis_   1-17-2018   (Seal)   
NOTARY PUBLIC   DATE

## CERTIFICATION BY NOTARY SEAL

Texas State Republic    )
                        )  Jurat
Harris County           )

Be it known that I, _Sharrika Ellis_, a duly empowered Notary Public, in the State of Texas for the sole purpose of certifying a response or want thereof, at the request of Shonda Renee Walton. It is hereby certified that on the date noted below that the undersigned Notary Public witnessed the contents of this presentment listed below, placed in fully addressed package, sealed, in acknowledgement and the immediate mailing of Presentment to:

Judge Alfred H. Bennett dba United State District Judge
Donna Smith dba Judicial Assistant
Fictitious Name/Unknown dba Deputy Clerk
Law Clerks, et al

At:

Bob Casey United States Courthouse
515 Rusk, Room 8631
Houston, Texas 77002

Respectfully submitted and prepared By:

By: _Shonda renee Walton_
Shonda Renee Walton, Registered Owner
Of STUBBLEFIELD, SHONDA RENEE
c/o 101 Hollow Tree Lane, Apt. 1202
Houston, Texas 77090